1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
9                 AT SEATTLE

10   NANCY WISE,                    CASE NO. C08-409MJP

11              Plaintiff,          MINUTE ORDER

12       v.

13   VERIZON COMMUNICATIONS, INC.,
     et al.,
14
                Defendant.
15

16
         The following Minute Order is made by direction of the Court, the Honorable Marsha J.
17
     Pechman, United States District Judge:
18
         The Court has received and reviewed the parties' Stipulated Motion and Order
19
     Continuing Deadlines.  Dkt. No. 42.
20
         The motion is DENIED.
21
22
23
24

MINUTE ORDER- 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed this 5TH day of November 2010.

William M. McCool<br>Clerk of Court

s/Mary Duett<br>Deputy Clerk

MINUTE ORDER- 2