The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY WISE, | No. C08-0409 MJP |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| VERIZON COMMUNICATIONS, INC., formerly known as GTE, a Delaware Corporation, PLAN FOR GROUP INSURANCE and METROPOLITAN LIFE INSURANCE COMPANY, a foreign insurer licensed to do business in the State of Washington, | Note on Motion Calendar:   Feb. 10, 2011 |
| Defendants. | |

**I.  STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Nancy Wise ("Plaintiff") and Defendants Verizon Communications Inc., Plan for Group Insurance, and Metropolitan Life Insurance Company (collectively, "Defendants"), by and through their counsel of record, hereby

/ / /

/ / /

/ / /

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (CASE NO. C08-0409 MJP) – 1**

stipulate to dismissal of the pending litigation, with prejudice and without an award of attorneys' fees or costs.

| KRAFCHICK LAW FIRM | STOEL RIVES LLP |
|---|---|
| By:(approval *per 1/24/11 email authorization*)<br>   Steven P. Krafchick, WSBA No. 13542<br>   Attorney for Plaintiff<br>   100 W. Harrison<br>   South Tower, Suite 300<br>   Seattle, WA  98119<br>   (206) 374-7370 telephone<br>   (206) 374-7377 facsimile<br>   klf@krafchick.com | By:   *s/ Timothy J. O'Connell*<br>   Timothy J. O'Connell, WSBA No. 15372<br>   Elena C. Burt, WSBA No. 38836<br>   Attorneys for Defendants<br>   One Union Square<br>   600 University, Suite 3600<br>   Seattle, Washington  98101<br>   (206) 386-7562 telephone<br>   (206) 386-7500 facsimile<br>   tjoconnell@stoel.com<br>   ecburt@stoel.com |

## II. PROPOSED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation between Plaintiff and Defendants and Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Plaintiff and Defendants shall each bear their own attorneys' fees and costs.

DATED this __24th__ day of _____, 2011.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (CASE NO. C08-0409 MJP) – 2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2011, I electronically filed the foregoing with the Clerk of the Court for the Western District of Washington at Seattle using the CM/ECF system which will send notification of such filing to all attorneys of record in this matter.

STOEL RIVES LLP

*s/ Timothy J. O'Connell*
Timothy J. O'Connell, WSBA#15372
Elena C. Burt, WSBA #38836
Attorneys for Defendants
600 University Street, Suite 3600
Seattle, WA  98101-3197
Telephone:  (206) 624-0900
Facsimile:  (206) 386-7500

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (CASE NO. C08-0409 MJP) – 3**