# United States District Court

WESTERN DISTRICT OF WASHINGTON

NANCY WISE

JUDGMENT IN A CIVIL CASE

v.

VERIZON COMMUNCIATIONS, INC. et al

CASE NUMBER: C08-409MJP

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

pursuant to the stipulation of the parties, the above-entitled matter is DISMISSED with prejudice.

February 24, 2011

WILLIAM McCOOL
Clerk

_____/s/ Mary Duett_____
By Mary Duett, Deputy Clerk